IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RIDGH GENESIS ACHILLE,

     Appellant,

v.

Case No. 5D22-584
LT Case No. 2014-CF-003029-A

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed April 25, 2023

Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

Robert David Malove, of The Law
Office of Robert David Malove, Ft.
Lauderdale, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., BOATWRIGHT and KILBANE, JJ., concur.